```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**FELIX SANTOS,**

                  **Plaintiff,**          20-cv-1664 (JGK)

      - against -                 <u>ORDER</u>

**WEST 4TH STREET REST. CORP.,**

                  **Defendant.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff should submit papers in support of an Order to Show Cause for a default judgment by July 31, 2020. If the plaintiff fails to do so, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 22, 2020**              _____/s/ John G. Koeltl_____
                                                        **John G. Koeltl**
                                         **United States District Judge**