UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX SANTOS

                Plaintiff,

- against -

WEST 4TH STREET REST. CORP.

                Defendant.

20 cv 1664 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-27-20

JOHN G. KOELTL, District Judge:

    The plaintiff should file an amended complaint by **November 10, 2020.** If the plaintiff fails to file an amended complaint by **November 10, 2020,** in view of the past failures by the plaintiff to comply with prior Orders, the case will be dismissed without prejudice for failure to prosecute.

    SO ORDERED.

Dated:    New York, New York
            October 27, 2020

                                      John G. Koeltl
                                United States District Judge