UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――

FELIX SANTOS, ET AL.,

          Plaintiffs,         20 Civ. 1664 (JGK)

    - against -                ORDER

WEST 4TH STREET REST. CORP., ET AL.,

          Defendants.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The time for the defendants to respond to the complaint is extended until April 9, 2021.

       **SO ORDERED.**

Dated:    New York, New York
           February 23, 2021

                                     /s/ John G. Koeltl
                                      John G. Koeltl
                             United States District Judge