UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX SANTOS, ET AL.,

        Plaintiffs,

- against -

WEST 4TH STREET REST. CORP., ET AL.,

        Defendants.

20-cv-1664 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should submit their proposed settlement and explanation of fairness together with any requested attorney's fees and support for such an award by **June 4, 2021**.

SO ORDERED.

Dated: New York, New York
       May 25, 2021

                              John G. Koeltl
                            United States District Judge

1